JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Plaintiff/Counter-Defendant
*Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, | CASE NO.:   2:22-cv-00822-RFB-EJY |
| Plaintiff, | |
| vs. | |
| MICHAEL LAYTHORPE, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | <u>STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT</u> |
| Defendants. | |
| MICHAEL LAYTHORPE, | |
| Counterclaimant | |
| vs. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Counter-Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for

the parties to respond to Plaintiff/Counter-Defendant Progressive's Motion for Summary

Judgment and Defendant/Counterclaimant Michael Laythorpe's Motion for Partial Summary

1

1   Judgment, currently due on March 22, 2024, shall be extended an additional two weeks.

2         The parties shall have up to and until April 5, 2024 to file their Oppositions to said

3   Motions.

4   DATED this 7th day of March, 2024.           DATED this 7th day of March 2024

5   **K E A T I N G** LAW GROUP                   MOUNTAIN WEST LAWYERS

6

7

8   _/s/John T. Keating_____           _/s/Jeffrey R. Gomel_____
    JOHN T. KEATING                              JEFFREY R. GOMEL
9   Nevada Bar No. 6373                          Nevada Bar No. 3067
    9130 W. Russell Road, Ste. 200               2470 St. Rose Pkwy., Suite 311
10  Las Vegas, NV  89148                         Henderson, Nevada 89074
    Attorneys for Plaintiff/Counter-Defendant    Attorney for Defendant/Counterclaimant
11  *Progressive Direct Insurance Company*       *Michael Laythorpe*

12                              **ORDER**

13        IT IS SO ORDERED.

14              DATED this 8th March 2024.

15

16  _____
17  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

K E A T I N G LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148